# BRADY McGUIRE & STEINBERG, P.C.

| | | |
|---|---|---|
| MATTHEW G. McGUIRE<br>PARTNER<br><br>JAMES M. STEINBERG<br>PARTNER<br><br>PATRICK J. McHUGH<br>SENIOR COUNSEL<br><br>MARGARET DYMES<br>LEGAL ASSISTANT<br><br>CONNECTICUT OFFICE<br>TELEPHONE (203) 403-2217 | ATTORNEYS-AT-LAW<br>220 WHITE PLAINS ROAD<br>SUITE 390<br>TARRYTOWN, NEW YORK 10591<br>TELEPHONE (914) 478-4293<br>FACSIMILE (914) 478-4142<br>WWW.BRADYMCGUIRESTEINBERG.COM<br>Direct EMAIL james@bradymcguiresteinberg.com | ROBERT D. BRADY<br>RETIRED<br><br>PETER T. SHERIDAN<br>OF COUNSEL<br><br>LONG ISLAND OFFICE<br>600 Old Country Road, Suite 450<br>Garden City, New York 11530<br><br><br>@bmsunionlawyers |

July 16, 2025

<u>Via ECF Filing Only</u>

The Honorable Margaret M. Garnett
United States District Court
40 Foley Square
New York, New York 10007

Re:   Cement Masons' Local 780 Pension Fund *et al.* v. Perfetto Enterprises Co., Inc.
       Civil Case No. 25-CV-4655 (MMG)

Dear Judge Garnett:

  Our office represents Plaintiffs Cement Masons' Local 780 Pension Fund, the Annuity, Welfare and Apprenticeship Funds of the Northeast District Council of the Operative Plasterers' and Cement Masons' International Association and Local 780 of the Operative Plasterers' and Cement Masons' International Association, AFL-CIO in connection with the above-referenced matter which is currently scheduled for an initial conference on Wednesday, July 23, 2025 at 1:00 p.m. We submit this status report to apprise Your Honor on direct settlement negotiations which are ongoing with Defendant.

  Although Defendant's response to the Complaint as well as a joint letter with a proposed civil case management plan is due today, Plaintiffs are respectfully requesting that these deadlines be held in abeyance due to the direct discussions underway with a representative from Defendant which we anticipate will result in a formal settlement agreement providing for payment of the contributions owed over a 4-month payment plan, and the filing of a notice of voluntary dismissal within the next two (2) weeks. Therefore, Plaintiffs respectfully request that the initial conference scheduled for July 23rd be adjourned *sine die* and a status report deadline of August 22nd be so ordered. In the meantime, if the settlement is finalized before August 22nd (as expected), Plaintiffs will submit the notice of voluntary dismissal to Your Honor to be so ordered.

Thank you for your attention to this matter.

Respectfully submitted,

*James M. Steinberg*

James M. Steinberg, Esq.

Cc:  Ms. Leesha Pollard, Perfetto Enterprises
     Ms. Lisa Parisi, Funds Manager

---

GRANTED. The Initial Pretrial Conference previously scheduled for July 23, 2025, is adjourned *sine die*. The parties shall submit a joint status letter by **August 22, 2025.**

SO ORDERED. Dated July 16, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE